Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LENGYEL,<br><br>    Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>    Defendants. | Case No.: 5:16-cv-04645-NC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jennifer Lengyel and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: May 23, 2017　　　　　　　　　　**Sagaria Law, P.C.**

　　　　　　　　　　　　　　　　By:　*/s/ Elliot Gale*
　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Jennifer Lengyel


DATED: May 23, 2017　　　　　　　　　　**Jones Day**

　　　　　　　　　　　　　　　　By:　*/s/ Celia M. Jackson*
　　　　　　　　　　　　　　　　　　　Celia M. Jackson
　　　　　　　　　　　　　　　　　　　Attorney for Defendant Experian
　　　　　　　　　　　　　　　　　　　Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

　　　Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

　　　IT IS SO ORDERED.

DATED:　May 26, 2017　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**GRANTED**
Judge Nathanael M. Cousins